COMMONWEALTH of Pennsylvania,
Respondent

v.

Homer Richard CLIFFORD
Sr., Petitioner

No. 99 MAL 2017

Supreme Court of Pennsylvania.

July 17, 2017

## ORDER

PER CURIAM

AND NOW, this 17th day of July, 2017, the Petition for Allowance of Appeal is DENIED.

COMMONWEALTH of Pennsylvania,
Respondent

v.

Frank Jerrid DORTCH, Petitioner

No. 52 MAL 2017

Supreme Court of Pennsylvania.

July 17, 2017

## ORDER

PER CURIAM

AND NOW, this 17th day of July, 2017, the Petition for Allowance of Appeal is DENIED.

## ORDER

PER CURIAM

AND NOW, this 17th day of July, 2017, the Petition for Allowance of Appeal is DENIED.

Ann L. MARTIN and James
L. Martin, Petitioners

v.

Adrienne L. BAILEY, Donald A. Bailey, Sheri D. Coover, Law Offices of Donald A. Bailey, and Estate of Leah L. Placenik, Respondents

No. 50 MAL 2017

Supreme Court of Pennsylvania.

July 17, 2017

## ORDER

PER CURIAM

AND NOW, this 17th day of July, 2017, the Petition for Allowance of Appeal is DENIED.